UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE WIELICZKO, | ) |
| | ) CASE NO.: 2:21-cv-03918-PVC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AWARDING |
| | ) EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($5,400.00) and no costs subject to the terms of the stipulation.

DATED: May 23, 2022

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-